IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIAR MICHAEL BABUDAR,<br><br>Defendant | Case No. 23-MJ-00061-JAM |

**UNITED STATES OF AMERICA'S LIST OF EXHIBITS**

The United States of America files the attached list of exhibits, which the United States may offer during the preliminary hearing in the above-captioned case, and requests leave to amend this list as needed.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By:   */s/ Patrick D. Daly*

PATRICK D. DALY
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on August 9, 2023, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                      */s/ Patrick D. Daly*
                                      Patrick D. Daly
                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                Case No. 23-MJ-00061-JAM

XAVIAR MICHAEL BABUDAR,

                Defendant

## **E X H I B I T S**

| | | |
|---|---|---|
| ˇ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | FBI Special Agent Cameron Smith's AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (23-mj-00061-JAM (LMC)) |
| 2 | | | | Demonstrative Exhibit of **BABUDAR**'s Bank and Credit Union Robberies |
| 3 | | | | Bank Surveillance Photograph from July 3, 2023, robbery of U.S. Bank branch in El Dorado Hills, CA (1 of 2) |
| 4 | | | | Bank Surveillance Photograph from July 3, 2023, robbery of U.S. Bank branch in El Dorado Hills, CA (2 of 2) |
| 5 | | | | Photograph of clothes recovered from **BABUDAR**'s vehicle on July 10, 2023 (U.S. Bank) |

      I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

PRINTED NAME

_____

SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | | | | Bank Surveillance Photograph from June 8, 2023, robbery of Heritage Bank branch in Sparks, NV (1 of 2) |
| 7 | | | | Bank Surveillance Photograph from June 8, 2023, robbery of Heritage Bank branch in Sparks, NV (2 of 2) |
| 8 | | | | Photograph of clothes recovered from **BABUDAR**'s vehicle on July 10, 2023 (Heritage Bank) |